| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| RS3 | 299458 | | | 0000051700 |

# Earnings Statement
ADP

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Period Beginning: 01/23/2022
Period Ending: 01/29/2022
Pay Date: 02/04/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

CHAMELLE JEFFERSON
1614 WEST GODFREY AVENUE
NORTH PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.5000 | 6.77 | 138.79 | 2,781.84 |
| Regular | 27.7400 | 6.62 | 183.64 | |
| Gross Pay | | | $322.43 | 2,781.84 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 13.39 | |

**Important Notes**
COMPANY PH#:(617) 971-8344

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -19.99 | 172.47 |
| | Medicare Tax | -4.68 | 40.34 |
| | Philadelphia Income Tax | -12.38 | 106.81 |
| | PA SUI Tax | -0.19 | 1.67 |
| | Net Pay | $285.19 | |
| | Savings | -285.19 | |
| | Net Check | $0.00 | |

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:   Single
Exemptions/Allowances:
  PA:   N/A, Tax Blocked

| Date | Hours | Rate | Shift |
|---|---|---|---|
| 01/23/2022 | 6.62 | 27.7400 | 0000000004903212 |
| 01/25/2022 | 6.77 | 20.5000 | 0000000004964341 |

Your federal taxable wages this period are $322.43

© 2000 ADP, LLC

---

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Advice number: 00000051700
Pay date: 02/04/2022

Deposited to the account of
CHAMELLE JEFFERSON

| account number | transit ABA | amount |
|---|---|---|
| XXXX XXXX | | $285.19 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| RS3 | 280458 | | | 0000061643 1 |

# Earnings Statement

ADP

Period Beginning: 01/30/2022
Period Ending: 02/05/2022
Pay Date: 02/11/2022

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Tax blocked

CHAMELLE JEFFERSON
1614 WEST GODFREY AVENUE
NORTH PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.5000 | 7.23 | 148.22 | |
| Regular | 22.0000 | 7.92 | 174.24 | |
| Regular | 27.0800 | 6.43 | 174.12 | |
| Regular | 27.2300 | 7.73 | 210.49 | |
| Gross Pay | | | $707.07 | 3,488.91 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -43.84 | 216.31 |
| | Medicare Tax | -10.25 | 50.59 |
| | Philadelphia Income Tax | -27.15 | 133.96 |
| | PA SUI Tax | -0.42 | 2.09 |
| Net Pay | | $625.41 | |
| | Savings | -625.41 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $707.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 29.31 | |

**Important Notes**
COMPANY PH#:(617) 971-8344

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Single
Exemptions/Allowances:
 PA: N/A,Tax Blocked

| Date | Hours | Rate | Shift |
|---|---|---|---|
| 01/30/2022 | 7.73 | 27.2300 | 0000000004964437 |
| 02/01/2022 | 6.43 | 27.0800 | 0000000004964401 |
| 02/02/2022 | 7.23 | 20.5000 | 0000000004964429 |
| 02/03/2022 | 7.92 | 22.0000 | 0000000004964409 |

© 2000 ADP, LLC

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Advice number: 00000061643
Pay date: 02/11/2022

Deposited to the account of
CHAMELLE JEFFERSON

| account number | transit ABA | amount |
|---|---|---|
| XXXX XXXX | | $625.41 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement

| CO. R53 | FILE 299458 | DEPT | CLOCK | VCHR 00000071663 |
|---|---|---|---|---|

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Period Beginning: 02/06/2022
Period Ending: 02/12/2022
Pay Date: 02/18/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Tax blocked

CHAMELLE JEFFERSON
1614 WEST GODFREY AVENUE
NORTH PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.5000 | 8.18 | 167.69 | 3,985.27 |
| Regular | 21.2500 | 8.03 | 170.64 | |
| Regular | 24.5000 | 6.45 | 158.03 | |
| Gross Pay | | | $496.36 | 3,985.27 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 22.66 | |

**Important Notes**
COMPANY PH#:(617) 971-8344

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -30.78 | 247.09 |
| | Medicare Tax | -7.20 | 57.79 |
| | Philadelphia Income Tax | -19.06 | 153.02 |
| | PA SUI Tax | -0.30 | 2.39 |
| Net Pay | | $439.02 | |
| Savings | | -439.02 | |
| Net Check | | $0.00 | |

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: N/A,Tax Blocked

| Date | Hours | Rate | Shift |
|---|---|---|---|
| 02/08/2022 | 8.03 | 21.2500 | 0000000005177939 |
| 02/09/2022 | 8.18 | 20.5000 | 0000000005177906 |
| 02/10/2022 | 6.45 | 24.5000 | 0000000005177988 |

Your federal taxable wages this period are $496.36

---

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Advice number: 00000071663
Pay date: 02/18/2022

Deposited to the account of
CHAMELLE JEFFERSON

| account number | transit ABA | amount |
|---|---|---|
| XXXX XXXX | | $439.02 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| R53 | 299458 | | | 0000081714 | 1 |

**Earnings Statement**  ADP

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Period Beginning: 02/13/2022
Period Ending: 02/19/2022
Pay Date: 02/25/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHAMELLE JEFFERSON
1614 WEST GODFREY AVENUE
NORTH PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.5000 | 7.93 | 162.57 | 4,350.17 |
| Regular | 23.8600 | 8.48 | 202.33 | |
| Gross Pay | | | $364.90 | 4,350.17 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -11.59 | 11.59 |
| | Social Security Tax | -22.62 | 269.71 |
| | Medicare Tax | -5.29 | 63.08 |
| | PA State Income Tax | -11.20 | 11.20 |
| | Philadelphia Income Tax | -14.01 | 167.03 |
| | PA SUI Tax | -0.22 | 2.61 |
| Net Pay | | $299.97 | |
| | Savings | -299.97 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 16.41 |

**Important Notes**
COMPANY PH#:(617) 971-8344

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

| Date | Hours | Rate | Shift |
|---|---|---|---|
| 02/18/2022 | 7.93 | 20.5000 | 0000000005177963 |
| 02/19/2022 | 8.48 | 23.8600 | 0000000005178006 |

Your federal taxable wages this period are $364.90

© 2000 ADP LLC

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Advice number: 00000081714
Pay date: 02/25/2022

Deposited to the account of
CHAMELLE JEFFERSON

account number: XXXX XXXX
transit ABA:
amount: $299.97

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| RS3 | 299458 | | | 00000091690 | 1 |

# Earnings Statement

ADP

| | |
|---|---|
| Period Beginning: | 02/20/2022 |
| Period Ending: | 02/26/2022 |
| Pay Date: | 03/04/2022 |

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

CHAMELLE JEFFERSON
1614 WEST GODFREY AVENUE
NORTH PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 7.03 | 130.06 | 4,947.56 |
| Regular | 21.0000 | 7.42 | 155.82 | |
| Regular | 23.9800 | 6.98 | 167.38 | |
| Regular | 26.1100 | 5.52 | 144.13 | |
| **Gross Pay** | | | **$597.39** | 4,947.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.85 | 49.44 |
| | Social Security Tax | -37.04 | 306.75 |
| | Medicare Tax | -8.66 | 71.74 |
| | PA State Income Tax | -18.33 | 29.53 |
| | Philadelphia Income Tax | -22.93 | 189.96 |
| | PA SUI Tax | -0.36 | 2.97 |
| **Net Pay** | | **$472.22** | |
| | Savings | -472.22 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $597.39

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 26.95 | |

**Important Notes**
COMPANY PH#:(617) 971-8344

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Single
Exemptions/Allowances:
 PA: N/A

| Date | Hours | Rate | Shift |
|---|---|---|---|
| 02/20/2022 | 5.52 | 26.1100 | 0000000005177994 |
| 02/20/2022 | 7.42 | 21.0000 | 0000000005178039 |
| 02/21/2022 | 6.98 | 23.9800 | 0000000005238605 |
| 02/22/2022 | 7.03 | 18.5000 | 0000000005238532 |

© 2000 ADP, LLC

INTELYCARE INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

| | |
|---|---|
| Advice number: | 00000091690 |
| Pay date: | 03/04/2022 |

Deposited to the account of
CHAMELLE JEFFERSON

| account number | transit ABA | amount |
|---|---|---|
| | XXXX XXXX | $472.22 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR |
|---|---|---|---|---|
| RS3 | 299458 | | | 0000101725 |

## Earnings Statement    ADP

Period Beginning:  02/27/2022
Period Ending:     03/05/2022
Pay Date:          03/11/2022

INTELYCARE  INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

CHAMELLE JEFFERSON
1614 WEST GODFREY AVENUE
NORTH PHILADELPHIA PA 19141

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 6.88 | 127.28 | |
| Regular | 20.5000 | 7.62 | 156.21 | |
| Regular | 28.1100 | 7.93 | 222.91 | |
| Gross Pay | | | $506.40 | 5,453.96 |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 22.43 | |

### Important Notes
COMPANY PH#:(617) 971-8344

BASIS OF PAY: HOURLY

### Deductions  Statutory

| | | |
|---|---|---|
| Federal Income Tax | -26.93 | 76.37 |
| Social Security Tax | -31.40 | 338.15 |
| Medicare Tax | -7.34 | 79.08 |
| PA State Income Tax | -15.55 | 45.08 |
| Philadelphia Income Tax | -19.45 | 209.41 |
| PA SUI Tax | -0.30 | 3.27 |
| Net Pay | $405.43 | |
| Savings | -405.43 | |
| Net Check | $0.00 | |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

| Date | Hours | Rate | Shift |
|---|---|---|---|
| 03/01/2022 | 7.93 | 28.1100 | 0000000005238538 |
| 03/02/2022 | 7.62 | 20.5000 | 0000000004949171 |
| 03/03/2022 | 6.88 | 18.5000 | 0000000005238594 |

Your federal taxable wages this period are $506.40

© 2000 ADP, LLC

---

INTELYCARE  INC
1250 HANCOCK ST
STE 501N
QUINCY, MA, 02169-4486

Advice number:  00000101725
Pay date:       03/11/2022

Deposited to the account of
CHAMELLE  JEFFERSON

account number   transit  ABA   amount
xxxx  xxxx                       $405.43

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**