IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                                              :
                                                                        :     Chapter 13
    CHAMELLE A. JEFFERSON           :
                                                                        :     Bankruptcy No. 22-10520
                 Debtor.            :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of the Plan, filed on June 21, 2022 [Docket No. 24].

                                      Respectfully submitted,

                                      THE CITY OF PHILADELPHIA

Dated: July 1, 2022        By:    /s/ Pamela Elchert Thurmond
                                              PAMELA ELCHERT THURMOND
                                              Senior Attorney
                                              PA Attorney I.D. 202054
                                              City of Philadelphia Law Department
                                              Tax & Revenue Unit
                                              1401 JFK Blvd., 5th Floor
                                              Philadelphia, PA  19102-1595
                                              215-686-0508 (phone)
                                              215-686-0588 (facsimile)
                                              Email: Pamela.Thurmond@phila.gov