United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10520-elf |
| Chamelle A. Jefferson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 24, 2022 | Form ID: 155 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Chamelle A. Jefferson, 1614 W. Godfrey Avenue, Philadelphia, PA 19141-1926 |
| 14673177 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14673178 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14685147 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14673179 | + | U.S. Bank, Trustee for, Pennsylvania Housing Finance Agency, 211 N. Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14690283 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14684591 | | Email/Text: megan.harper@phila.gov | Aug 25 2022 00:07:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Municipal Services Building, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14673175 | | Email/Text: megan.harper@phila.gov | Aug 25 2022 00:07:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14673176 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 25 2022 00:07:00 | Consumer Portfolio, PO Box 57071, Irvine, CA 92619-7071 |
| 14675852 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 00:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14685862 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2022 00:07:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14675901 | | Email/Text: bnc@nordstrom.com | Aug 25 2022 00:07:18 | Nordstrom Card Services, POB 6566, Englewood, CO 80155-6566 |
| 14687949 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 25 2022 00:07:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14689420 | + | Email/Text: blegal@phfa.org | Aug 25 2022 00:07:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14675904 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 00:15:34 | Portfolio Recovery Assoc., LLC, PO Box 41067, Norfolk, VA 23541 |
| 14689202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 00:15:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14688958 | + | Email/Text: bncmail@w-legal.com | Aug 25 2022 00:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14673180 | + | Email/Text: jerome.smalls@ogc.upenn.edu | Aug 25 2022 00:07:00 | University of Pennsylvania Hospital, 3400 Spruce Street, Philadelphia, PA 19104-4274 |

| 14673181 | | Email/Text: megan.harper@phila.gov | Aug 25 2022 00:07:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
|---|---|---|---|---|
| 14688908 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 25 2022 00:07:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 14675908 | | Email/Text: bankruptcynotice@westlakefinancial.com | Aug 25 2022 00:07:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14675900 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14675902 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14675903 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14675905 | *+ | U.S. Bank, Trustee for, Pennsylvania Housing Finance Agency, 211 N. Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14675906 | *+ | University of Pennsylvania Hospital, 3400 Spruce Street, Philadelphia, PA 19104-4274 |
| 14675907 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com   philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov   edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com   rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Chamelle A. Jefferson Perlick@verizon.net   pireland1@verizon.net |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Chamelle A. Jefferson
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−10520−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this August 23, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                             Eric L. Frank
                                             Judge ,
                                             United States Bankruptcy Court

                                                                       44 − 12
                                                                    Form 155