# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>CHAMELLE A. JEFFERSON<br>　　Debtor | Case No. 22-10520-elf |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>　　Movant | Chapter 13 |
| vs.<br>CHAMELLE A. JEFFERSON<br>　　Respondent | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this 17th day of November, 2022, it is hereby **ORDERED** that the parties' Stipulation (Doc. # 62) is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**