# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10520-ELF

CHAMELLE A. JEFFERSON

1614 W. GODFREY AVENUE

PHILADELPHIA, PA 19141

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHAMELLE A. JEFFERSON

    1614 W. GODFREY AVENUE

    PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                      /S/ Kenneth E. West

Date: 2/16/2023

                                      Kenneth E. West, Esquire
                                      Chapter 13 Standing Trustee