IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>CHAMELLE A. JEFFERSON<br>    Debtor | Case No. 22-10520-pmm |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>    Movant | Chapter 13 |
| vs.<br>CHAMELLE A. JEFFERSON<br>    Respondent | 11 U.S.C. §362 |

### ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Movant of Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2014 Jeep Grand Cherokee, VIN: 1C4RJFBG2EC396004, Philadelphia, PA 19141 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

*Patricia M. Mayer*

**Date: March 27, 2023**
_____
PATRICIA M. MAYER, BANKRUPTCY JUDGE

CHAMELLE A. JEFFERSON
1614 W GODFREY AVE

PHILADELPHIA, PA 19141-1926

ZACHARY PERLICK, Debtor's Attorney
1420 WALNUT ST STE 718
PHILADELPHIA, PA 19102

KENNETH E WEST, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107